**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Oran Almog, et al.,

*Plaintiffs,*

v.

The Islamic Republic of Iran, et al.,

*Defendants.*

Civil Action No. 26-cv-2989

**PLAINTIFFS' EX PARTE MOTION FOR WAIVER OF LOCAL CIVIL RULE 5.1(c)**

Plaintiffs seek relief from Local Civil Rule 5.1(c)'s requirement that their Complaint (filed concurrently herewith) include "the name and full residence address" of each Plaintiff. In support of their request, Plaintiffs state the following:

1. This is a civil action under the Foreign Sovereign Immunities Act (28 U.S.C. § 1605A) against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, the Iranian Ministry of Intelligence & Security, Bank Melli Iran, Bank Saderat, and the Syrian Arab Republic, and under the civil-damages provision of the Anti-Terrorism Act, 18 U.S.C. § 2333(a), as amended by the Justice Against Sponsors of Terrorism Act, 18 U.S.C. § 2333(d), against Harakat al-Muqawama al-Islamiya (a/k/a Hamas), Palestinian Islamic Jihad, and Hezbollah, arising from terrorist attacks in Israel, the West Bank, the Gaza Strip, and Lebanon. Plaintiffs are U.S. nationals injured in the terrorist attacks and immediate family members of those injured or killed for which Defendants provided material support and resources.

2. Plaintiffs have experienced severe physical, mental, and emotional trauma stemming from the attacks set forth in the Complaint.

3. Publicly disclosing Plaintiffs' home addresses could subject them to possible harassment or threats to their personal safety. Any such threats or harassment would likely intensify the emotional trauma that Plaintiffs have already experienced. *See Yaman v. U.S. Dep't State*, 786 F. Supp. 2d 148, 153 (D.D.C. 2011) (listing relevant factors for granting relief from Rule 5.1(c), including any "risk of retaliatory physical or mental harm to the requesting party").

4. Courts in this District routinely grant relief from Local Civil Rule 5.1(c) in comparable terrorism cases brought by U.S. citizens. *See, e.g.,* Minute Order, *Hulett v. Islamic Republic of Iran*, No. 1:25-cv-00695-RDM (D.D.C. March 10, 2025); Minute Order, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808-RDM (D.D.C. July 7, 2021); Minute Order, *Cabrera v. Islamic Republic of Iran*, No. 19-cv-03835-JDB (D.D.C. Jan. 2, 2020); Minute Order, *Atchley v. Astrazeneca*, No. 17-cv-02136-RJL (D.D.C. Oct. 23, 2017); Minute Order, *Holladay v. Islamic Republic of Iran*, No. 17-cv-00915-RDM (D.D.C. May 22, 2017); Minute Order, *Hake v. Bank Markazi Jomhouri Islami Iran*, No. 17-cv-00114-TJK (D.D.C. Jan. 27, 2017); Minute Order, *Stearns v. Islamic Republic of Iran*, No. 17-cv-00131-TJK (D.D.C. Jan. 27, 2017); Minute Order, *Ofisi v. BNP Paribas, S.A.*, No. 15-cv-02010-JDB (D.D.C. Nov. 20, 2015).

5. Plaintiffs are prepared to file under seal a list of all Plaintiffs' names and residence addresses within 30 days. That is consistent with the relief that courts in this District typically order in terrorism cases, and such a sealed filing will neither prejudice Defendants nor interfere with the efficient administration of this case.

6. Pursuant to Local Civil Rule 7(c), Plaintiffs attach to this motion a proposed order entering the relief requested herein.

Dated: August 25, 2026

Respectfully submitted,

Gavriel Mairone
Oceane Maher (PHV to be filed)
MM~LAW LLC
875 North Michigan Avenue
Suite 3100
Chicago, IL 60611
Tel: (312) 253-7444
Fax: (312) 275-8590
ctlaw@mm-law.com
oceane@mm-law.com
docket@mm-law.com

*Counsel for Plaintiffs*